# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH PHILLIS

NO. 2022 KW 0123

**MARCH 28, 2022**

---

In Re:    Joseph Phillis, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. unknown.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** We are advised by the Office of the Clerk of Court of Tangipahoa Parish that a Motion for Release and a Motion and Order for Criminal Minutes are not of record.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT